**FILED**
**DEC - 3 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE PARKER,                     )
                                    )
        Petitioner,                 )
                                    )
v.                                  )    Civil Action No. 18-cv-02436 (UNA)
                                    )
TERRENCE W. BOYLE, *et al.*,        )
                                    )
        Respondents.                )

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* "complaint" ("Compl.") and application for leave to proceed *in forma pauperis*. Petitioner is a North Carolina state prisoner designated to the Pender Correctional Institution, located in Burgaw, NC. Compl. at caption. He was convicted in state court, more specifically, in Cumberland County, North Carolina. *Id.* at 1.

Petitioner challenges his conviction and seeks immediate release. *Id.* at 3. Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Therefore, this court lacks jurisdiction over petitioner's § 2254 habeas "complaint."

Plaintiff appears aggrieved that he filed a petition with the United States District Court for the Eastern District of North Carolina, only to result in dismissal. Compl. at caption, 1. Notwithstanding, this Court lacks jurisdiction to review the decisions of another district court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied*, 513 U.S. 1150 (1995).

For the foregoing reasons, this action will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: November 3, 2018
Decum

_____
United States District Judge